UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENNY GRAVES,

                              Plaintiff,                       20 **CIVIL** 4579 (NSR)

                     -against-                            **JUDGMENT**

OMNIPOINT MANAGEMENT SOLUTIONS
LLC, DNF ASSOCIATES LLC, and JOHN DOES
1-25,

                            Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2021, the motion to dismiss the Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          November 18, 2021

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                              **BY:**
                                                                       **Deputy Clerk**